# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:22-cr-00014-3 |
| DEZZION PICKETT, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Dezzion Pickett's Motion for Release to Attend Funeral (Doc. No. 66). The Motion asks the Court to enter an order releasing Mr. James from custody so that he may attend visitation and the funeral of his half-brother Demontae Darden Newsome. (Id. at 1).

The U.S. Probation Office has filed a report. (Doc. No. 67)

The Court is sympathetic to Mr. Pickett's loss and understands his desire to attend his half-brother's funeral. Based upon the report (Doc. No. 67), the Motion (Doc. No. 66) is **DENIED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE